Raymond H. WAGNER, Respondent,

v.

CITY OF ST. PAUL, Self–
Insured, Relator,

Special Compensation
Fund, Intervenor.

No. C3–02–261.

Supreme Court of Minnesota.

April 24, 2002.

Lorrie L. Bescheinen, Borkon, Ramstad, Mariani, Fishman & Carp, Ltd., Minneapolis, MN, Lewis H. Seltz, Seltz & Associates, Ltd., Golden Valley, MN, for respondent.

Timothy S. Crom, Todd D. Gardner, Jardine, Logan & O'Brien, P.L.L.P., St. Paul, MN, for relator.

Karen Swanton, St. Paul, MN, for intervenor.

## ORDER

RUSSELL A. ANDERSON, Associate Justice.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 18, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

Sheila A. JUDD, Relator,

v.

DOEGE PRECISION MACHINING, INC., and State Fund Mutual Insurance Company, Respondents,

and

Juno Tool, Inc., and Employers Insurance of Wausau, Respondents.

No. C3–02–132.

Supreme Court of Minnesota.

April 24, 2002.

DeAnna M. McCashin, Alexandria, MN, Employee–Appellant.

Deborah E. Kulinski, St. Paul, MN, Employer–Insurer, Juno/Wausau–Respondents.

Mark S. Lorentzen, Minneapolis, MN, Employer–Insurer, Doege/State Fund–Respondents.

## ORDER

EDWARD C. STRINGER, Associate Justice.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 4, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).